# WASHINGTON NATIONAL BUILDING & LOAN ASSO-CIATION OF WASHINGTON, D. C. *v.* CONLEY.

1. *Washington National Building & Loan Association of Washington, D. C. v. Pifer, ante,* 434, applied and followed.

2. A borrowing member of a building association, whose deed to the association secured by deed of trust on his land, and who has sold his land, guaranteeing his grantee against any claim thereon by the association under its deed of trust, is entitled to maintain a suit in equity against the association, after it has commenced foreclosure proceedings under the deed of trust, to obtain a release of the same on the ground that the debt has been paid; as his remedy at law is inadequate.

No. 1800.   Submitted Feb. 12, 1908.   Decided June 2, 1908.

HEARING on an appeal by the defendant from a decree of the Supreme Court of the District of Columbia granting the relief prayed for in a bill for the release of a deed of trust and for an accounting.                    *Affirmed.*

*Mr. M. J. Colbert* and *Mr. Edmund Brady* for the appellants.

*Mr. Richard C. Thompson* and *Mr. John E. Laskey* for the appellee.

Mr. Justice ROBB delivered the opinion of the Court:

In this case the facts are substantially the same as the facts in *Washington Nat. Bldg. & L. Asso.* v. *Pifer, ante,* 434, except that Conley is not the owner of the real estate mentioned in the bill, having conveyed the same by a deed in which he agreed to save the grantee harmless from any claim the association might assert against the property under its deed of trust.   Prior

to the filing of this suit by Conley, the association had commenced foreclosure proceedings in West Virginia against said property.

Remedy at law being inadequate, we think Conley entitled to prosecute this suit.

Decree affirmed, with costs.                    *Affirmed.*